SILBERMAN, Judge,
Specially concurring.
I concur in the well-reasoned majority opinion except to note that the discussion of Brindise v. U.S. Bank National Ass, 183 So.3d 1215, 1219 (Fla. 2d DCA), review denied, No. SC16-300, 2016 WL 1122325 (Fla. Mar. 22, 2016), regarding whether section 559.715 establishes a condition precedent to a foreclosure suit is not essential to the decision in this case. If that issue were dispositive here, I recognize that I would be bound by our decision in Brindise. However, if I were writing on a clean slate, then for the reasons expressed by Judge Khouzam in her dissent in Brin-dise I would conclude that the plain language of section 559.715 creates a condition precedent to filing suit. See 183 So.3d at 1221-25 (Khouzam, J., dissenting).